UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS, ) | 1:06-cv-00546-AWI-DLB-HC |
| ) | |
| Petitioner, ) | **ORDER ADOPTING FINDINGS AND** |
| ) | **RECOMMENDATIONS** (Doc. 5) |
| v. ) | |
| ) | **ORDER DISMISSING PETITION** |
| J. JUNG HERNANDEZ, ) | **FOR WRIT OF HABEAS CORPUS** |
| ) | |
| Respondent. ) | **ORDER DIRECTING CLERK TO** |
| ) | **ENTER JUDGMENT** |

**ORDER TERMINATING ACTION**

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On June 5, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED for failure to raise a cognizable claim under section 2254, and the Clerk of Court enter judgment, thus terminating this action. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On July 13, 2006, Petitioner filed a motion to extend time. On July 26, 2006, the court granted Petitioner an additional thirty (30)

1

days within which to respond.  To date, Petitioner has not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 5, 2006, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED for failure to raise a cognizable claim under section 2254;

3. The Clerk of Court enter judgment; and,

4. This action is therefore TERMINATED.

IT IS SO ORDERED.

**Dated:   September 12, 2006**             /s/ **Anthony W. Ishii**
0m8i78                            UNITED STATES DISTRICT JUDGE

2